**FILED**

07/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0100

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0100

_____

LIONEL SCOTT ELLISON,

      Appellant and Petitioner,

  v.                               O R D E R

STATE OF MONTANA,

      Appellee and Respondent

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Lionel Scott Ellison, to all counsel of record, and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 22 2020